[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 05-13736
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 24, 2006
THOMAS K. KAHN
CLERK

D. C. Docket No. 03-00450-CV-MJ-M

LARRY F. SHIRLEY,

Plaintiff-Appellant,

versus

KIMBERLY CLARK CORPORATION
PENSION PLAN/RETIREMENT BOARD,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

**(May 24, 2006)**

Before HULL and WILSON, Circuit Judges, and GOLDBERG*, Judge.

_____

*Honorable Richard W. Goldberg, Judge, U.S. Court of International Trade, sitting by designation.

PER CURIAM:

After review and oral argument, we find no reversible error in the district court's grant of summary judgment in favor of defendant Kimberly Clark Corporation Pension Plan on plaintiff Larry F. Shirley's ERISA and COBRA claims.

**AFFIRMED.**